COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 February 26, 2015
 No. 10-14-00262-CR
 JOHN DAYTON BROWN
 v.
 THE STATE OF TEXAS
 
 
 From the 52[nd] District Court
 Coryell County, Texas
 Trial Court No. 21881
 
--------------------------------------------------------------------------------
JUDGMENT

 This proceeding has been considered by the Court. It is the judgment of this Court that the trial court's judgment signed on July 28, 2014 is affirmed. 
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement. 
 PER CURIAM
 SHARRI ROESSLER, CLERK

 By: Nita Whitener 
 Deputy Clerk